UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

REBECCA CZARNECKI, as the
Administrator of the ESTATE OF
RYAN EDWARD GREER,

      Plaintiff,

Case No: _____

v.

KULDEEP S. PALAK
523 Martindale Dr. NE
Calgary, Alberta, Canada T3J4W3

and

11659073 CANADA INC.
64 Minas Warehouse Road
New Minas, NS B4N 5G3

      Defendants.

## COMPLAINT FOR DAMAGES

Plaintiff, Rebecca Czarnecki, is the mother of Ryan Edward Greer and as the Administrator of the Estate of Ryan Greer, for her complaint against the defendants, states:

### PERSONAL JURISDICTION

1. Ryan Edward Greer, up until the time of his death, was a resident of Starke County, Indiana.

2. Rebecca Czarnecki, administrator of the Estate of Ryan Edward Greer, is the mother of Ryan and also resides in Starke County, Indiana.

3. Defendant, 11659073 Canada, Inc., is an entity incorporated in Nova Scotia, Canada and has its principal offices at 64 Minas Warehouse Road, New Minas, NS B4N 5G3. 11659073 Canada, Inc. is a freight shipping trucking company operating in United States and Canada.

4. Defendant, Kuldeep S. Palak, is a resident of Calgary, Alberta, Canada. Upon information and belief, Mr. Palak was working as an employee or contractor for 11659073 Canada, Inc. and was in acting within the scope of his employment as of the time of the events described below.

5. Jurisdiction exists with this court pursuant to 28 U.S.C. 1332(a) as the parties are diverse. The amount in controversy is more than $75,000.

6. Venue is proper with this court, pursuant to 28 U.S.C. 1391 (b) (2), as the incident in question took place in this jurisdiction. Plaintiffs also reside in this jurisdiction.

## GENERAL ALLEGATIONS

1. On May 22, 2020, at approximately 1:55 AM CST, Ryan Greer was in the scope of his work with Traffic Control Specialists, Inc. based out of Knox, Indiana. Traffic Control Specialists is a company that provides comprehensive traffic control services, including flagging crews, temporary and permanent striping, signage and road construction control devices. Traffic Control Specialists was providing signage and barrier devices for road construction taking place on I 94 in Porter County, Indiana.

2. Ryan was driving a white 2017 Dodge Ram 5500 pickup truck owned by Traffic Control Specialists. With him was his coworker, Patton Salyer, who was in the front passenger seat. The truck Ryan was driving was a partially enclosed flatbed with stacks of plastic

construction barrels placed upon the flatbed. Ryan drove eastbound on I 94 and came to a stop on the right shoulder, well out of the traveled portion of the roadway, near mile marker 23. The vehicle Ryan was driving was equipped with overhead emergency lights as well as flashing strobes in the headlights and taillights. The lights were activated.

3.  There was road construction being undertaken upon I 94 in this area and Ryan and Patton arrived at this location to attend to the placement of road construction warning devices, specifically including the placement of plastic construction barrels.

4.  Ryan Greer exited through the driver's door and immediately upon exiting was struck by a semi-tractor trailer being driven by the defendant, Kuldeep Palak. Upon information and belief, the semi-tractor and trailer were owned by codefendant, TriStar Carriers, Ltd.

5.  The semi-tractor and trailer being driven by Kuldeep Palak was also traveling eastbound and I 94. The semi-tractor and trailer veered off the roadway and onto the right shoulder striking the Dodge 5500 pickup and Ryan Greer.

6.  The Dodge pickup, with Patton Salyer still in it, was pushed approximately 50 feet off the roadway and came to an uncontrolled rest in the south ditch facing southeast.

7.  Ryan Greer was propelled some 300 feet from the initial impact point upon being struck by the semi-tractor and trailer.

8.  The semi-tractor trailer, after striking the Dodge pickup truck and Ryan Greer, traveled to its left across all eastbound lanes of I 94 striking the concrete barrier wall separating those lanes from the westbound lanes. The semi-tractor would catch fire and suffered severe fire damage.

9.  After the impact, Patton Salyer was able to exit the Dodge pickup walking from the side ditch to look for Ryan Greer. He found Ryan lying on the pavement a great distance

from the impact point. Emergency medical staff were called and Ryan Greer would be declared deceased at the scene by personnel with the Porter County Coroner's Office.

10. The incident was investigated by the Indiana State Police. Below is a diagram of the scene of the incident from the Crash Report:



11. The Crash Report included the following findings:

Preliminary investigation and subsequent follow-up interviews have revealed that Vehicle 1 was traveling east on I-94 near mile marker 23. Vehicle 2 was parked on the right shoulder, well out of the traveled portion of the roadway with emergency lights activated. Pedestrian 1 exited Vehicle 2 to adjust road construction signage. Vehicle 1 ran off the roadway onto the right shoulder and struck Vehicle 2 before striking Pedestrian 1.

Vehicle 1 caught fire after coming to a stop on the inside shoulder and sustained severe fire damage. Vehicle 2 was pushed off the roadway into the south ditch, Vehicle 2 sustained significant front. rear, and driver's side damage. Pedestrian 1 sustained fatal injuries. No other injuries were reported.

12. It was concluded that Kuldeep Palak had fallen asleep at the wheel. He thereupon, according to the Crash Report, undertook an "unsafe lane movement" crashing into the Dodge pickup and striking Ryan Greer.

13. The crash was caused as result of the negligence of Kuldeep Palak. As result of such negligence, Ryan Greer suffered severe injuries that resulted in his death.

14. Upon information and belief, Kuldeep Palak was an employee of TriStar Carriers, Ltd. and was acting within the scope of his employment at the time of the incident. As a result of these circumstances, TriStar Carriers Ltd. is responsible and liable for the injuries, death and damages caused by Kuldeep Palak as result of the incident.

## **WRONGFUL DEATH**

15. An estate has been opened for Ryan Edward Greer in the Starke Circuit Court, Starke County, Indiana, Estate No. 75CO1-1607-ES-000015, with Rebecca Czarnecki appointed as administrator.

16. Plaintiff, as Administrator of the Estate of Ryan Edward Greer, assert this claim for the losses and damages suffered due to Ryan's death.

17. The Estate of Ryan Edward Greer has suffered losses and damages of various types including, but not limited to funeral and burial expenses, estate administration expenses, along with other related losses.

18. At the time of Ryan's death and before, plaintiff, Rebecca Czarnecki, was a legal dependent of Ryan Greer. This dependence was due primarily to the fact that Rebecca Czarnecki

suffers with multiple sclerosis and is disabled because of that condition. Ryan Greer provided care and support for his mother rendering her a dependent.

19.    As the surviving dependent of Ryan Greer, Rebecca Czarnecki, Ryan's mother, has suffered and will continue to the suffer the loss of the society, love and affection, support and care, and enjoyment of the life of her son, as a result of his untimely passing.

WHEREFORE, Plaintiff requests request that judgment be entered against the defendants in an amount that will fully and reasonably compensate her for the death of her son and the damages resulting from such tragic loss, for the costs of this action, for all other relief justice requires and for trial by jury.

Respectfully submitted,

FOLEY & SMALL

/s/ Douglas D. Small
Douglas D. Small, #2040-34
1002 East Jefferson Blvd.
South Bend, IN 46617
Telephone: (574) 288-7676
Attorneys for the Plaintiff