UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

REBECCA CZARNECKI, as the
Administrator of the ESTATE OF
RYAN EDWARD GREER,

      Plaintiff,

                                                                             CASE NO: 2:21-CV-59-PPS-JPK

  v.

KULDEEP S. PALAK and
11659073 CANADA INC.

      Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Come now the parties by counsel, and stipulate and agree that the above-entitled cause may be dismissed with prejudice, costs paid, as the matter has been fully compromised and settled.

Respectfully submitted,

FOLEY & SMALL

/s/ *Douglas D. Small*
Douglas D. Small
Foley & Small, LLP
1002 East Jefferson Blvd.
South Bend, IN 46617
Attorneys for the Plaintiff


/s/ *James R. Willliams*
James R. Williams
Wilson Elder Moskowitz Edelman &
Decker, LLP
55 W.  Monroe St., Suite 3800
Chicago, IKL 60603
Attorney for the Defendants